United States District Court
Southern District of Texas
**ENTERED**
December 08, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT LIAN MATOS MATOS, | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | Civil No. 4:25-cv-05821 |
| | § | |
| KRISI NOEM, et al., | § | |
| *Respondents*. | § | |

## ORDER

Before the Court are Petitioner's Petition for Writ of Habeas Corpus (ECF 2) and Respondents' Response to the Petition for Writ of Habeas Corpus and Motion for Summary Judgment (ECF 6). The Court has determined that the Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).

Therefore, Petitioner's Petition for Writ of Habeas Corpus is GRANTED IN PART. Habeas relief is granted in the form of a bond hearing. It is hereby ORDERED that Petitioner be provided a bond hearing before an Immigration Judge under 8 U.S.C. § 1226 by Monday, December 15, 2025. It is further ORDERED that the Government update this Court on the outcome of the bond hearing and Petitioner's custody status by December 16, 2025.

Respondents' Motion for Summary Judgment is DENIED.

SIGNED at Houston, Texas, on this the 8th day of December, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE